IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINE JOHNSON, | No. 4:22-CV-01645 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| MICHAEL ZAKEN, | |
| Respondent. | |

## ORDER

**AND NOW**, this 23rd day of December 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Respondents' unopposed motion to transfer (Doc. 13) is **GRANTED**.

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania; and

3. The Clerk of Court is further directed to CLOSE the above-captioned case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge